STATE OF NEW JERSEY v. PASQUALE MELE.

September 27, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ALEXIS CORDOVA.

September 27, 1988.

Petition for certification denied.

DALE G. POTTER v. VILLAGE BANK OF NEW JERSEY, ETC., ET AL. AND NEW JERSEY DEPARTMENT OF BANKING.

September 27, 1988.

Petition for certification denied.   (See 225 *N.J.Super.* 547)

BOARD OF EDUCATION OF THE BOROUGH OF NETCONG v. ECCO CONSTRUCTION, INC., ETC., ET AL.

September 27, 1988.

Petition for certification denied.